## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| HEIDBREDER BUILDING GROUP, LLC, )<br>on behalf of plaintiff and )<br>the class members defined herein, )<br>  )<br>Plaintiff, )<br>  ) 19 C 3169<br>v. )<br>  ) Judge Norgle<br>DHF ASSOCIATES, LLC, ) Magistrate Judge Cox<br>and HERB FLETCHER, )<br>and JOHN DOES 1-10, )<br>  )<br>Defendants. ) | |

## NOTICE OF SETTLEMENT

Plaintiff Heidbreder Building Group, LLC and Defendants DHF Associates, LLC and Herb Fletcher have resolved this matter on an individual basis. The parties are in the process of finalizing the settlement documents and anticipate filing a stipulation of dismissal in March, 2020.

Respectfully submitted,

| | |
|---|---|
| s/ Heather Kolbus | s/ Mark L. Hanover (w/ consent) |
| Daniel A. Edelman | Mark L. Hanover |
| Heather Kolbus | DENTONS US LLP |
| EDELMAN, COMBS, LATTURNER | 233 S. Wacker Dr., Suite 5300 |
|    & GOODWIN, LLC | Chicago, IL  60303 |
| 20 S. Clark Street, Suite 1500 | (312) 768-8273 |
| Chicago, IL  60603 | |
| (312) 739-4200 | |

## **CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on August 8, 2019, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, and notification of such filing was sent to the following:

    Mark L. Hanover – mark.hanover@dentons.com
    DENTONS US LLP
    233 S. Wacker Drive, Suite 5300
    Chicago, IL 60303

                                                             s/ Heather Kolbus
                                                             Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200