# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Heidbreder Building Group, LLC
                              Plaintiff,

v.                                              Case No.: 1:19–cv–03169
                                                Honorable Charles R. Norgle Sr.

Herb Fletcher, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 14, 2019:

    MINUTE entry before the Honorable Charles R. Norgle: The status hearing set for 8/16/2019 is stricken. Status hearing on settlement is set for 3/20/2020 at 10:00 a,n, Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.