**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| HEIDBREDER BUILDING GROUP, LLC, )<br>on behalf of plaintiff and )<br>the class members defined herein, )<br>)<br>Plaintiff, )<br>) 19 C 3169<br>v. )<br>) Judge Norgle<br>DHF ASSOCIATES, LLC, ) Magistrate Judge Cox<br>and HERB FLETCHER, )<br>and JOHN DOES 1-10, )<br>)<br>Defendants. ) | |

**STIPULATION TO DISMISS**

Plaintiff Heidbreder Building Group, LLC and defendants DHF Associates, LLC and Herb Fletcher by and through their undersigned counsel, hereby stipulate pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) to the dismissal of Plaintiff Heidbreder Building Group, LLC's individual claims against Defendants DHF Associates, LLC and Herb Fletcher, with prejudice and without costs. Plaintiff Heidbreder Building Group, LLC voluntarily dismisses its class claims against defendants DHF Associates, LLC and Herb Fletcher without prejudice and without costs. Plaintiff Heidbreder Building Group, LLC voluntarily dismisses its claims against John Does 1-10 without prejudice and without costs.

Respectfully submitted,

  s/ Heather Kolbus                                                    s/ Mark L. Hanover (w/ consent)
Daniel A. Edelman                                                    Mark L. Hanover
Heather Kolbus                                                          DENTONS US LLP
EDELMAN, COMBS, LATTURNER            233 S. Wacker Drive, Suite 5300
         & GOODWIN, LLC                                         Chicago, IL  60303
20 S. Clark Street, Suite 1500                              (312) 768-8273
Chicago, IL 60603
(312) 739-4200

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, hereby certify that on March 13, 2020, a true and accurate copy of the foregoing document was filed via the Court's CM/ECF system, which caused notice via email to be sent to the following:

    Mark L. Hanover – mark.hanover@dentons.com
    DENTONS US LLP
    233 S. Wacker Drive, Suite 5300
    Chicago, IL 60303

                                      s/ Heather Kolbus
                                      Heather Kolbus

Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
      & GOODWIN, LLC
20 S. Clark Street, Suite 1500
Chicago, IL 60603
(312) 739-4200